# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
## Dallas DIVISION

HONORABLE  Judge Barbara M. G. Lynn    PRESIDING    COURT REPORTER/TAPE: Sue Engledow
DEPUTY CLERK  Lori Anne Greco                       USPO  Betty Budzinski
LAW CLERK _____                      INTERPRETER _____

CR. No.  3:05-CR-158-M / 3:05-CR-220-M     DEFT. No.  01

UNITED STATES OF AMERICA                §           Will Martin / David Jarvis      AUSA
                                        §
v.                                      §
                                        §
CHARLES COOPER BURGESS                  §           Robert Reagan
Defendant's Name                                    Counsel for Deft. Appt-(A), Retd-(R), FPD-(F)

## SENTENCING

Date Held: 03/07/08 /ag
Hearing Type: [X] Sentencing Hearing - Contested  [ ] Sentencing Hearing - Non-Evidentiary
Time in Court: 1 Hr 30 Mins
Trial Status:  [ ] Completed by Jury Verdict  [ ] Continued from Previous Month  [ ] Directed Verdict  [X] Evidence Entered
               [ ] Hung Jury  [ ] Jury Selection Only, continued  [ ] Jury Selection or Verdict Only (No Trial Before this Judge)
               [ ] Mistrial  [X] Settled/Guilty Plea  [ ] None
Days in Trial:  1
Hearing Concluded: [X] Yes  [ ] No

[X] Sentencing held.  [X] Objections to PSI heard.  [X] Plea agreement accepted.  [ ] Plea agreement NOT accepted.
[X] Sentencing Guidelines  [ ] Departs Upward  [ ] Departs Downward

SENTENCING TEXT:
[ ] .. Deft. placed on: Probation for _____.
[X] .. Deft. committed to custody of the AG/BOP to be imprisoned for a TOTAL term of 262 months [240 Ct.2 3:05CR158 / 262 Ct.2 3:05CR220] to be served concurrently
[X] .. Deft. placed on: Supervised Released for 5 years [3 years 3:05CR158 / 5 years 3:05CR220] concurrently
[X] .. Restitution ordered in the amount of $ 1,121,423.00 in 3:05-CR-158-M / 2,027,841.94 in 3:05CR220-M  and/or Fine imposed in the amount of $ N/A
[X] .. Count(s) remaining dismissed on government's motion.
[ ] .. Order dismissing original Indictment/Information to be entered upon government's written motion.
[X] .. $ 200 special assessment on Count(s) 2 [Ct. 2 3:05CR158M = $100 / Ct. 2 3:05CR220M = $100]
       of  [ ] Complaint  [X] Indictment  [ ] Information  [ ] Superseding Indictment  [ ] Superseding Information.
[ ] ....... Deft ordered to surrender to the designated institution on _____
[ ] ....... Deft failed to appear, bench warrant to issue.
[ ] ....... Bond [ ] continued  [ ] revoked
[X] ....... Deft Advised of his right to appeal.
[ ] ....... Deft requests Clerk to enter notice of Appeal.
[X] ....... Deft Custody/Detention continued.
[ ] ....... Deft REMANDED to custody.   Court recommends incarceration at _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR - 7 2008
CLERK, U.S. DISTRICT COURT
By _____
Deputy

OTHER PROCEEDINGS/INFORMATION: _____