April 13th, 2020

Honorable Chief District Judge Barbara Lynn
1100 Commerce St
Room 1572
Dallas, TX 75242-1003

Judge Lynn,

I write you this day to beg you for compassion in the wake of the Covid-19 pandemic that is sweeping the federal prison system. Never before have I feared for my life until now. While Allenwood remains not yet effected by the virus, I feel it is forthcoming and I will be at great risk to contract it. I turn 65 years of age this July and that also completes my 14th year incarcerated. I have been a "Chronic Care" inmate for well over a decade with high blood pressure, cholesterol, headaches, allergies and now bouts of asthma as I am back once again on an inhaler. I have had issues with my colon and I now await a test on it because of continual blood in my stools. I have already petitioned Warden White for help but he has not released any elderly inmates, regardless of a directive from Attorney General William Barr. He has stated to me that "Until I receive an email with your name mentioned, you will remain here at Allenwood". Concerning being qualified, I am a first time offender, non-violent and have served over 10 years of my sentence which is stipulated in the "First Step Act". But to know avail. My belief is that once Covid-19 is in the facility he will then act on this. Sad, but true. With the new "Cares Act" I qualified for 8 of 9 requirements, but only scored as "Low" on the "Pattern" section instead of "Minimum". But this is an issue chain wide with the BOP and hopefully will be addressed. In fact out of 1200+ inmates here at Allenwood Low, only 9 were fully qualified for the "Cares Act."

Judge Lynn I have lost over these years my mother, my older sister, my younger brother, 2 aunts, 2 uncles and one cousin.

All I have left of my family is my younger sister and her husband. She has had Lupus for over 9 years and it remains a terminal illness. If you granted me home confinement, I would be living with both of them and still under the BOP. But I would be safe and secure with all my health issues.

At the same time no one knows more than I how deeply I hurt people and yes I was partly responsible for someone taking their life. I have to live with this guilt day in and day out and can never repair or change what happened. But it goes even further as I through away my chance for a lesser sentence by not coming in earlier and cooperating with FBI Agent Zito and AUSA's Jarvis and Martin. Worse if I had not continued on my path of wrong doing I would have received my 3 point reduction for "Acceptance of my Responsibility" and would already be almost home. So there are no excuses and I have no defense for my actions or my behavior except my deceit, lies and dishonesty cost me a large portion of my adult life and crushed so many innocent people. I remain ashamed, embarrassed and forever remorseful and I have been taught a harsh and deserved lesson. I even lost my only child, a daughter who has never responded back to me since the day I was taken into custody. Another costly mistake and guilt I must live with each day.

I ask for your forgiveness and to spare my life and to not let me die from this epidemic. I beg to be granted home confinement.

Sincerely,

Charles C. Burgess
Inmate # 57293-004
Federal Correction Inst.
Allenwood / Low
PO Box #1000
White Deer, PA 17887